RECEIVED
MAR 29 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TRACY VAUGHN | CIVIL DOCKET NO. 18-0090 |
| -vs- | JUDGE DRELL |
| BUCKELEW HARDWARE CO., ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER OF DISMISSAL

The Court having been advised that this matter has been settled,

**IT IS ORDERED** that this action is DISMISSED, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby denied as moot

SIGNED on this 29th day of March, 2018, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT